IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ALVIN RAY COOPER, ID # 659703, )
        Petitioner, )
vs. ) No. 3:07-CV-1875-K
) ECF
NATHANIEL QUARTERMAN, Director, )
Texas Department of Criminal )
Justice, Correctional Institutions Division, )
        Respondent. )

## RECOMMENDATION REGARDING CERTIFICATE OF APPEALABILITY

A Notice of Appeal has been filed in the above captioned action in which:

(**X**)      the District Court has entered a final order in a habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254.

Pursuant to Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c), the undersigned Magistrate Judge recommends as follows:

**IFP STATUS**:

(**X**)      the party appealing should be GRANTED *in forma pauperis* status on appeal.

**COA:**

( )      a Certificate of Appealability should be GRANTED. (See issues set forth below).
(**X**)      a Certificate of Appealability should be DENIED. (See reasons stated below).

**REASONS FOR DENIAL:** For the reasons stated in the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed on **June 24, 2008**, which were accepted by the District Court on **July 16, 2008**, the habeas corpus petition is a successive petition. *See* 28 U.S.C. § 2244(b); *Crone v. Cockrell*, 324 F.3d 833, 836-37 (5th Cir. 2003). Petitioner has failed to show that reasonable jurists would find it debatable whether the Court was correct in dismissing his successive petition pending review by a three-judge panel of the Fifth Circuit Court of Appeals. *See Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); 28 U.S.C. § 2253(c)(2).

    DATED this 30th of September, 2008.

                                                                                     _____
                                                                                     IRMA CARRILLO RAMIREZ
                                                                                     UNITED STATES MAGISTRATE JUDGE